# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GREGORY LASH, : | |
| : | Case No. 13-CV-1159 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Deavers |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| : | |
| **Defendant.** : | |

## ORDER

Before the Court is United States Magistrate Judge's **Report and Recommendation** (Doc. 24). On May 8, 2015, the Magistrate Judge recommended that Plaintiff's counsel be awarded $6,935.00 under 28 U.S.C. § 2412, the Equal Access to Justice Act ("EAJA").

The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Doc. 24 at 3-4). Defendant has not objected. The deadline for objections lapsed on May 26, 2015.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, it **GRANTS** Plaintiff's Motion for Attorney fees (Doc. 23). Plaintiff's counsel is awarded $6,935.00 under 28 U.S.C. § 2412.

    IT IS SO ORDERED.

                                              s/Algenon L. Marbley
                                              **ALGENON L. MARBLEY**
**Dated: December 16, 2015**          **UNITED STATES DISTRICT COURT**